## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Deshondra Strickland,

    **Plaintiff(s),**

     **v.**

Equifax Information Systems LLC,

    **Defendant(s).**

)
)
)
)
)
)
)
)
)
)

Case No. 1:25-cv-11836 _____

## LIMITED ASSIGNMENT OF
## SETTLEMENT ASSISTANCE PROGRAM COUNSEL

  The Court hereby assigns the herein named attorney to represent the Plaintiff solely for the limited purpose of assisting Plaintiff in connection with settlement proceedings in this case. Assigned counsel shall not be obligated to conduct any discovery, to prepare or respond to any motions and shall not be responsible for the trial of this case. The assigned attorney may not enter into any fee agreement with the pro se party, or otherwise seek compensation from the pro se party, in connection with this assignment. On notice to the Court, assigned counsel may seek to end the representation of Plaintiff upon completion of the settlement conference.

Name of Assigned Counsel:     Francis R. Greene

Law Firm:     Greene Consumer Law

Street Address:     2070 Green Bay Rd.

Suite Number:     Suite #154

City, State & Zip Code:     Highland Park IL 60035

Telephone Number:     (312) 847-6979

  I hereby acknowledge that I have read, understand and agree to the terms of this Limited Assignment of Settlement Assistance Program Counsel.

Dated: 1 June 2026 _____

x _____
    **Pro Se Plaintiff**

## ENTER:

Dated: June 2, 2026 _____

_____
    **Judge**